IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRIAN JAMES**                                                                                       **PLAINTIFF**

**v.**                                       **Case No. 3:14-cv-00020-KGB**

**LADD, Officer, Jonesboro**
**Police Department;** *et al***.**                                                   **DEFENDANTS**

## ORDER

Consistent with the Court's Order entered today, this action is dismissed without prejudice. The relief sought is denied.

SO ADJUDGED this the 1st day of September, 2015.

_____
Kristine G. Baker
United States District Judge